Argued and submitted January 29, affirmed February 26, 1997

ALEC E. WEINSTEIN,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A92344)

934 P2d 526

Daniel Q. O'Dell, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Erika L. Hadlock, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *Kessler v. Board of Parole*, 145 Or App 584, 931 P2d 801 (1997).